■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY COMFORT, Appellant. [873 NYS2d 230]—Motion for reargu-

ment denied. Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.